**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00752-AP

ROGER S. ARELLANO,

      Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

<u>For Plaintiff</u>:                                    <u>For Defendant</u>:

Michael W. Seckar                           JOHN F. WALSH
402 W. 12th Street                           United States Attorney
Pueblo, CO 81003                           KEVIN TRASKOS
719-543-8636
seckarlaw@mindspring.com          KEVIN TRASKOS
                                                      Chief, Civil Division
                                                      United States Attorney's Office
                                                      District of Colorado
                                                      Kevin.Traskos@usdoj.gov

                                                      Robert L. Van Saghi
                                                      Special Assistant United States Attorney
                                                      1001 17th Street
                                                      Denver, Colorado 80202
                                                      (303) 844-1948
                                                      (303) 844-0770 (facsimile)
                                                      robert.vansaghi@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

**A.  Date Complaint Was Filed:** 3/24/11
**B.  Date Complaint Was Served on U.S. Attorney's Office:** 5/5/11
**C. Date Answer and Administrative Record Were Filed:** 7/5/11

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.
To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

The parties state that there are no other matters.

**8.      BRIEFING SCHEDULE**

The parties agreed to the following schedule:

**A.  Plaintiffs Opening Brief Due:**      9/8/11
**B.  Defendant's Response Brief Due:**      10/8/11
**C.  Plaintiffs Reply Brief (If Any) Due:** 10/23/11

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiffs Statement:** Plaintiff does not request oral argument.
**B.  Defendant's Statement:** Defendant does not request oral argument.

-2-

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11.     **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12.     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 25th  day of July 2011.

BY THE COURT:


_s/John L. Kane_____
U.S. DISTRICT COURT JUDGE

3

APPROVED:

For Plaintiff:

s/ Michael W. Seckar
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Robert L. Van Saghi
Robert L. Van Saghi
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-1948
robert.vansaghi@ssa.gov