# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00752-RBJ

ROGER S. ARELLANO,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

Order Granting Attorney Fees to Plaintiff

---

Upon consideration of the parties' Stipulated Motion for an Award of Attorney Fees, and finding such fees reasonable and authorized by 28 U.S.C. § 2412 (2006),

IT IS HEREBY ORDERED that Defendant shall pay to Plaintiff reasonable attorney fees in the amount of $6000.

IT IS FURTHER ORDERED that the EAJA fees will be paid to Plaintiff but delivered to Plaintiff's attorney.

DATED this 17th day of June, 2013

_____
R. BROOKE JACKSON
UNITED STATES DISTRICT JUDGE